IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY LAKE DEVELOPMENT, and MIDWAY WILDLIFE & RECREATIONAL CLUB,<br><br>    Plaintiffs,<br><br>v.<br><br>CENTRAL NEBRASKA PUBLIC POWER & IRRIGATION DISTRICT,<br><br>    Defendant. | 7:05cv5013<br><br>ORDER |

The Clerk's Office has requested that Document Number 5 be stricken from the record for the following reason:

- Incomplete undated PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 5 from the record.  The party is directed to re-file the document.

DATED this 9th day of August, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge