# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY LAKE DEVELOPMENT INCORPORATED, et al., | ) ) ) | |
| Plaintiffs, | ) ) | 7:05CV5013 |
| vs. | ) ) | ORDER |
| CENTRAL NEBRASKA PUBLIC POWER & IRRIGATION DISTRICT, | ) ) ) | |
| Defendant. | ) | |

This matter is before the court *sua sponte*. On August 9, 2005, the plaintiffs filed a motion to remand (Filing No. 6). The parties' deadline for filing with the court their Report of Parties' Planning Conference was August 29, 2005 (Filing No. 4). Upon consideration,

**IT IS ORDERED:**

1. The parties' deadline for filing with the court their Report of Parties' Planning Conference is held in abeyance pending the court's ruling on the pending motion to remand.

2. The parties shall have **twenty (20) days** from the date an order is filed on the currently pending motion to remand (Filing No. 6), in which to file its Report of Parties' Planning Conference with the court, if necessary.

DATED this 30th day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge